*E-Filed: September 17, 2014*

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTONIO A. JULIO; et al.,

           Plaintiffs,

   v.

ONEWEST BANK, FSB,

          Defendant.

_____/

No. C14-03059 HRL

**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**

On August 14, 2014, defendant moved to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 16, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

    **IT IS SO ORDERED.**

Dated: September 17, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**C14-03059 HRL Order will be electronically mailed to:**

Andrea Michelle Schoor    aschoor@allenmatkins.com, mkrumholt@allenmatkins.com

**C14-03059 HRL Notice will be mailed to:**

Antonio A. Julio
3407 Rio Bravo Drive
San Jose, CA 95148

Cleopatra U. Julio
3407 Rio Bravo Drive
San Jose, CA 95148

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**