UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO A. JULIO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONEWEST BANK, FSB, et al.,<br><br>　　　　　Defendants. | Case No. 14-CV-03059-LHK<br><br>**JUDGMENT** |

On June 5, 2015, this Court dismissed with prejudice Plaintiffs' Amended Complaint. ECF No. 44.  Accordingly, the Clerk of the Court shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 5, 2015

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 14-CV-03059-LHK
JUDGMENT

1